## Portsmouth Salvage Co., Inc. *v.* M. Glosser & Sons, Inc., Appellant.

Argued October 2, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

*Samuel R. DiFrancesco, Sr.,* with him *DiFrancesco and DiFrancesco,* for appellant.

*Richard J. Green, Jr.,* for appellee.

OPINION PER CURIAM, January 8, 1963:
Judgment affirmed.
Mr. Justice MUSMANNO dissents.